IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., § § § § Plaintiff, § § v. § § M/V TRITONIA, *her tackle, apparel,* § *furniture, equipment, etc, et al.*, § § Defendant. § § | CIVIL ACTION NO. H-13-1096 |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 17). The motion is granted. The initial pretrial and scheduling conference is reset to **September 13, 2013, at 10:00 a.m.**

SIGNED on August 28, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge